| | |
|---|---|
| GOODE TIME PRODUCTIONS LLC,<br><br>PLAINTIFF,<br><br>–AGAINST–<br><br>JOEL JUST D/B/A UPTOWN CAROLERS,<br><br>DEFENDANT. | No. 4:19-cv-00058 |

# NOTICE OF SETTLEMENT AND PLAINTIFF'S
# NOTICE OF WITHDRAWAL OF ALL PENDING MOTIONS

Plaintiff Goode Time Productions LLC hereby notifies the Court that the Parties have reached a settlement agreement in principle on all material terms. The Parties are in the process of finalizing a formal settlement agreement and expect this agreement will be executed by the Parties by September 24, 2021. Plaintiff will notice the Court once this has been accomplished.

Furthermore, Plaintiff hereby withdraws all pending motions before the Court, including its Amended Motion in Limine (Dkt. 77).

Dated: September 3, 2021                    Respectfully submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, TX 75034
Tel.   972.850.6864
Fax    972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

ATTORNEYS FOR PLAINTIFF
GOODE TIME PRODUCTIONS LLC

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing Notice of Settlement and Withdrawal of All Pending Motions was served by ECF filing to all counsel and parties entitled to service in accordance with the Federal Rules of Civil Procedure on September 3, 2021.

*/s/ Charles A. Wallace*
Charles A. Wallace