UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GOODE TIME PRODUCTIONS LLC, <br><br> PLAINTIFF, <br><br> –AGAINST– <br><br> JOEL JUST d/b/a UPTOWN CAROLERS, <br><br> DEFENDANT. | No. 4:19-cv-00058 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order on Closing Documents (Dkt. 100), Plaintiff Goode Time Productions LLC and Defendant Joel Just d/b/a Uptown Carolers, by and through undersigned counsel, hereby stipulate that all claims asserted and that could have been asserted in this matter have been settled. Accordingly, Plaintiff asks this Court to dismiss this matter with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: September 23, 2021    Respectfully submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, TX 75034
Tel.   972.850.6864
Fax   972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

ATTORNEYS FOR PLAINTIFF
GOODE TIME PRODUCTIONS LLC

*/s/ Wendy B. Mills*

Wendy B. Mills
Texas Bar No. 24032861
**WB Mills, PLLC**
2626 Cole Ave. Ste. 300
Dallas, TX 75204
Telephone: (214) 969-5995
Email: wbm@wbmillslaw.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing Joint Stipulation of Dismissal was served by ECF filing to all counsel and parties entitled to service in accordance with the Federal Rules of Civil Procedure on September 23, 2021.

*/s/ Charles A. Wallace*
Charles A. Wallace